UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. JONES (#319598)

VERSUS

JAMES M. LeBLANC, ET AL.

CIVIL ACTION

NO. 11-0183-RET-CN

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's Complaint shall be dismissed, without prejudice, for failure to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, _____July 13_____, 2011.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA